IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JULIUS D. CRAWFORD                                                                      PLAINTIFF

v.                                                                                          No. 4:05CV49-P-A

GREENVILLE POLICE CHIEF
LESTER CARTER, ET AL.                                                              DEFENDANTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 1, 2005, the court entered an order requiring the plaintiff to complete and return various forms to assist the court with the orderly processing of this case. The order cautioned the plaintiff that failure to comply would lead to the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on March 31, 2005. In addition, the plaintiff failed to heed the court's warning in its March 4, 2005, order, that failure to keep the court informed of his current address would lead to the dismissal of this case. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 25th day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE