# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JULIUS CRAWFORD,**                                                   **PLAINTIFF**

**V.**                               **NO. 4:05CV49-P-A**

**LESTER CARTER, ET AL,**                                      **DEFENDANTS**

## FINAL JUDGMENT

The *pro se* plaintiff, an inmate in custody of the Washington County Jail, alleges in this § 1983 complaint that the general conditions of confinement in which he was housed were unconstitutionally deficient. Magistrate Judge S. Allan Alexander conducted a hearing in this matter on October 20, 2005, pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). Judge Alexander filed a Report and Recommendation on October 26, 2005, recommending that the case be dismissed for failure to state a claim upon which relief could be granted. Plaintiff on November 9, 2005, filed an Objection to the Report and Recommendation.

The court finds that plaintiff's argument is not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) the cause is DISMISSED with prejudice for failure to state a complaint upon which relief could be granted; and

4) this matter is CLOSED.

SO ORDERED, this the 29th day of November 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE